

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00210-CV

**IN THE INTEREST OF E.B.K.-R.**, a child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00852
Honorable H. Paul Canales, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed: September 11, 2013

AFFIRMED

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concluded that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in appeal from order terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.).

Counsel certified that a copy of appellant's brief was delivered to appellant who was advised of her right to examine the record and to file a pro se brief. No pro se brief was filed. After

reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted.


PER CURIAM